IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHARLES M. MULLINAX, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-426 (MTT) |
| Commissioner BRIAN OWENS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 6). The Magistrate Judge recommends denying the Plaintiff's motion for a temporary restraining order and a preliminary injunction (Doc. 5) because the Plaintiff has not shown a substantial likelihood of success on the merits of his underlying claims, nor has he satisfied the irreparable injury requirement. The Plaintiff has objected to the Recommendation. (Doc. 8). Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Recommendation and the Plaintiff's objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. Thus, the Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's motion for a temporary restraining order and a preliminary injunction (Doc. 5) is **DENIED**.

**SO ORDERED**, this 23rd day of March, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT